# EXHIBIT 1



**John McCauley**
*Partner*
Direct 317.968.5546 | Fax 317.236.9907
E-mail jmccauley@bgdlegal.com

March 7, 2018

<u>VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED</u>
9414 7266 9904 2959 5854 35

Dave Perrill, President, or Highest Corporate Officer
Wand Corporation
7575 Corporate Way
Eden Prairie, MN, 55344

     Re:    Servus, Inc.

Dear Mr. Perrill:

On behalf of Servus, Inc. ("Servus"), this letter is to advise Wand Corporation ("WAND") that Servus filed suit against WAND on February 2, 2018, in the Indiana Dubois County Circuit Court, Cause # 19C01-1802-PL-000068. On that date, Servus also served Wand's Registered Agent, URS Agents LLC ("URS"), as required under the Indiana Rules of Court. On February 12, 2018, URS signed the green "return" card which was filed with the Court. See, Attachment A.

For whatever reason, on or about February 23, 2018, URS returned the Complaint, Summons and Appearance to us advising that URS is not the correct Registered Agent for WAND. See also, Attachment A. The Indiana Secretary of State records clearly indicate that WAND has designated URS as its Registered Agent in Indiana for service of process. See, Attachment B. We believe proper service was effectuated on February 12, 2018. Therefore, as of March 5, 2018, WAND is in default of its obligation to Answer or otherwise respond to the Complaint.

Pursuant to Indiana Code Section 23-17-26-7, WAND has a duty to continuously maintain a registered office and a registered agent in Indiana for service of process. It is not our practice to default a party due to a possible technical problem or miscommunication. We are not sure why URS returned our service, however, we request you or a representative contact us on WAND's behalf within three days of receipt of this communication, thus confirming receipt of the service of process for the enclosed Complaint, Summons and Appearance. If we do receive contact from you or a representative by said time, we will move forward with the default process.

2700 Market Tower, 10 West Market Street
Indianapolis, IN 46204
317.635.8900 main
317.236.9907 fax

Mr. Dave Perrill
March 7 2018
Page 2

You or a representative can reach me at the contact information listed above, or by contacting my partner Brian Welch, at bwelch@bgdlegal.com or (317) 686-5208.  We look forward to hearing from you.

Very truly yours,

BINGHAM GREENEBAUM DOLL LLP

John F. McCauley

JFM/jrk
Enclosures and Attachments

cc:    Brian W. Welch (w/encl.)

Filed: 2/2/2018 11:18 AM
Bridgette N. Jarboe
Clerk
Dubois County, Indiana

Dubois Circuit Court

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE DUBOIS CIRCUIT COURT |
| | )SS: | |
| COUNTY OF DUBOIS | ) | CAUSE NO. 19C01-1802-PL- |

**19C01-1802-PL-000068**

| | |
|---|---|
| SERVUS, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WAND CORPORATION | ) |
| | ) |
| Defendants. | ) |

## E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

**This Appearance Form must be filed on behalf of every party in a civil case.**

1. The party on whose behalf this form is being filed is:
   Initiating ☑    Responding ____    Intervening ____ ; and

   the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

   Name of party: <u>**SERVUS, INC.**</u>

   Address of party  *(see Question # 5 below if this case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order)*

   <u>4201 A Mannehim Road, Suite A, Jasper, Indiana 47546</u>

   _____

   Telephone # of party _____

   *(List on a continuation page additional parties this attorney represents in this case.)*

2. Attorney information for service as required by Trial Rule 5(B)(2)

   Name:   <u>John F. McCauley</u>        Atty Number:  <u>20715-12</u>
           <u>Brian W. Welch</u>        Atty Number:  <u>1556-49</u>
           <u>Jessica O. Laurin</u>       Atty Number:  <u>34677-53</u>
   Address:   BINGHAM GREENEBAUM DOLL LLP
            2700 Market Tower
            10 West Market Street
            Indianapolis, IN  46204-4900
   Phone:    (317) 635-8900
   FAX:    (317) 236-9907
   Email Address:   <u>jmccauley@bgdlegal.com</u>
                   <u>bwelch@bgdlegal.com</u>
                   <u>jlaurin@bgdlegal.com</u>

**IMPORTANT**: Each attorney specified on this appearance:

(a)     certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b)     **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney; and**

(c)     understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3.  This is a __PL____ case type as defined in administrative Rule 8(B)(3).

4.  This case involves child support issues. Yes _____ No ☑    *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on **light green paper**. Use Form TCM-TR3.1-4.)*

5.  This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.  Yes _____ No ☑    *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)*  The party shall use the following address for purposes of legal service:

_____     Attorney's address

_____     The Attorney General Confidentiality program address
             (contact the Attorney General at 1-800-321-1907 or e-mail address is
             **confidential@atg.in.gov).**

_____     Another address (provide)

             _____

This case involves a petition for involuntary commitment.  Yes _____ No ☑

6.  There are related cases: Yes _____ No ☑    *(If yes, list on continuation page.)*

7.  Additional information required by local rule:
    _____

8.  There are other party members: Yes _____ No ☑    *(If yes, list on continuation page.)*

9.  This form has been served on all other parties and Certificate of Service is attached:

    Yes __    No☑

Respectfully submitted,

*/s/ John F. McCauley*
John F. McCauley, Atty. # 20715-12
Brian W. Welch, Atty. # 1556-49
Jessica O. Laurin, Atty. # 34677-53
BINGHAM GREENEBAUM DOLL LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN  46204-4900
Phone:  (317) 635-8900
FAX:  (317) 236-9907
Email Address:   jmccauley@bgdlegal.com
                 bwelch@bgdlegal.com
                 jlaurin@bgdlegal.com

*19089765/801744.100017*

3

Dubois Circuit Court

Filed: 2/2/2018 11:18 AM
Bridgette N. Jarboe
Clerk
Dubois County, Indiana

STATE OF INDIANA       )    IN THE DUBOIS CIRCUIT COURT
                          )SS:
COUNTY OF DUBOIS    )    CAUSE NO. 19C01-1802-PL-_____

**19C01-1802-PL-000068**

SERVUS, INC.             )
                          )
        Plaintiff,     )
                          )
        v.             )
                          )
WAND CORPORATION     )
                          )
        Defendants.    )

## SUMMONS

**TO DEFENDANT:**    **Wand Corporation**
                        **c/o Registered Agent:  URS Agents, LLC**
                        **120 E. Market St., Ste. 808**
                        **Indianapolis, IN  46204**

      You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.  The nature of this suit against you is stated in the complaint which is attached to this Summons.  It also states the demand which the plaintiff has made against you.

      An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within **twenty (20) days**, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff in its complaint.

      If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated: __2/2/2018__

                                       __Bridgette N. Jarboe__ CT
                               Clerk, Dubois County Circuit Court

**The following manner of service of Summons is hereby designated:**

    __X__    Service by Certified Mail

John F. McCauley, Atty. #20715-12
Brian W. Welch, Atty. # 1556-49
Jessica O. Laurin, #34677-53
Bingham Greenebaum Doll LLP
10 West Market Street



19089705_1

Indianapolis, Indiana 46204
P: (317) 635-8900
F: (317) 236-9907
jmccauley@bgdlegal.com
bwelch@bgdlegal.com
jlaurin@bgdlegal.com

Filed: 2/2/2018 11:18 AM
Bridgette N. Jarboe
Clerk
Dubois County, Indiana

Dubois Circuit Court

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE DUBOIS CIRCUIT COURT |
| COUNTY OF DUBOIS | )SS:<br>) | CAUSE NO. 19C01-1802-PL-_____ |

**19C01-1802-PL-000068**

| | |
|---|---|
| SERVUS, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WAND CORPORATION | ) |
| | ) |
| Defendants. | ) |

## <u>COMPLAINT FOR DAMAGES</u>

Plaintiff, SERVUS, Inc. ("SERVUS"), by counsel, for its Complaint against the WAND

Corporation ("WAND"), alleges and states the following:

### <u>Factual Background</u>

1.    SERVUS is an Indiana corporation with its principal office address at 4201 A

Mannehim Road, Suite A, Jasper, Indiana 47546.

2.    SERVUS owns and operates various restaurants throughout the Midwest.

3.    WAND is a Minnesota corporation with its principal office address at 7575

Corporate Way, Eden Prairie, Minnesota 55344.

4.    WAND provides and installs Point of Sale ("POS") software for restaurants.

WAND describes itself as "the market leader in enterprise digital menu display, point of sale, and

back office systems."

5.    WAND agreed to provide, and SERVUS (then named BR Associates, Inc.) agreed

to purchase, a POS system to be used in SERVUS' restaurants. SERVUS has purchased WAND's

POS services continuously for more than twenty (20) years pursuant to this agreement.

6.      In exchange for purchasing WAND'S products and services, WAND agreed to take reasonable precautions and institute reasonable protections to safeguard SERVUS' data and systems from unauthorized intrusion by third parties.

7.      Forum Credit Union ("Forum Credit") notified SERVUS that certain of Forum Credit's payment cards may have been used to conduct fraudulent transactions after being used legitimately at restaurants that SERVUS owned and operated.  SERVUS took immediate steps to engage forensic consultants, determine whether a breach had occurred, and to stop any potential data theft.

8.      Upon investigation, SERVUS discovered that hackers infiltrated WAND'S system. The hackers then used these compromised credentials from WAND to infiltrate the servers at a number of SERVUS locations. The hackers installed malware over the course of five days across SERVUS locations over the course of five days, spanning from on or about October 26, 2015, to October 31, 2015.

9.      The hacked WAND LogMeIn account was identified to SERVUS as michael.prior@wandcorp.org.

10.     Prior to WAND'S credentials being compromised, SERVUS never had a data breach.

11.     Once the hackers accessed the LogMeIn account, the installed malware allowed the hackers to steal SERVUS's customer data.

## COUNT 1—BREACH OF CONTRACT

12.     SERVUS incorporates all prior paragraphs as though fully restated.

13.     Under WAND's agreement with SERVUS, WAND agreed to take reasonable precautions and institute reasonable protections to safeguard SERVUS's systems from unauthorized access by third parties.

14.     WAND failed to take reasonable precautions and institute reasonable protections to safeguard SERVUS's systems.

15.     Because WAND failed to take reasonable precautions and institute reasonable protections to safeguard SERVUS's systems, WAND breached its contract with SERVUS.

16.     WAND's breach has and will continue to damage SERVUS.

## COUNT 2—NEGLIGENCE

17.     SERVUS incorporates all prior paragraphs as though fully restated.

18.     WAND had a duty to SERVUS to take reasonable precautions and institute reasonable protections to safeguard SERVUS's systems.

19.     WAND breached its duty by failing to take reasonable precautions and institute reasonable protections to safeguard SERVUS's systems.

20.     As a direct and proximate result of WAND's negligence, SERVUS has and will continue to suffer damages.

WHEREFORE, Plaintiff SERVUS, Inc. requests that this Court enter judgment in SERVUS's favor and against Defendant WAND Corporation to fully compensate Plaintiff for its damages, its costs of this action, and for all other just and appropriate relief.

Respectfully submitted,

*/s/ John F. McCauley*

John F. McCauley, Atty. # 20715-12
Brian W. Welch, Atty. # 1556-49
Jessie O. Laurin, Atty. # 34677-53
BINGHAM GREENEBAUM DOLL LLP
10 West Market Street
Indianapolis, Indiana 46204
P: (317) 635-8900
F: (317) 236-9907
jmccauley@bgdlegal.com
bwelch@bgdlegal.com
jlaurin@bgdlegal.com

*Attorneys for SERVUS, Inc.*

# ATTACHMENT

# A



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Murdhi Lew_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  2-12 |
| 1. Article Addressed to:<br>Wand Corporation<br>C/o Registered Agent: ILRS Agents, LLC<br>120 E. Market St.  Ste.808<br>Indianapolis IN  46204 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 3259 7196 6837 44 | 3. Service Type  ☐ Priority Mail Express®<br>☐ Adult Signature  ☐ Registered Mail™<br>☐ Adult Signature Restricted Delivery  ☐ Registered Mail Restricted<br>☐ Certified Mail®  Delivery<br>☐ Certified Mail Restricted Delivery  ☐ Return Receipt for<br>☐ Collect on Delivery  Merchandise<br>☐ Collect on Delivery Restricted Delivery  ☐ Signature Confirmation™<br>☐ Signature Confirmation |
| 2. Article Number (Transfer from service label)<br>7017 1070 0000 7088 5434 | ☐ Insured Mail Restricted Delivery  Restricted Delivery |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

7017 1070 0000 7088 5434

INDIANAPOLIS IN 46204

Certified Mail Fee  $3.45

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $_40.00_
☐ Return Receipt (electronic)  $_$0.00_
☐ Certified Mail Restricted Delivery  $_$0.00_
☐ Adult Signature Required  $_$0.00_
☐ Adult Signature Restricted Delivery  $_$0.00_

Postage  $1.21

Total Postage and Fees  $7.41

Sent To  Wand Corporation to Registered Agent
Street and Apt. No., or PO Box No.  120 E. Market St.  Ste.808
City, State, ZIP+4®  Indianapolis IN  46204

Postmark Here  FEB 07 2018
02/02/2018

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions



# ATTACHMENT
# B

 Your one-stop source for your business.

(http://www.INBiz.IN.gov)



Print Entity Details

## Business Details

Business Name: **WAND CORPORATION**

Business ID: **201702211182112**

Entity Type: **Foreign For-Profit Corporation**

Business Status: **Active**

Creation Date: **02/21/2017**

Inactive Date:

Principal Office Address: **7575 Corporate Way, Eden Prairie, MN, 55344, USA**

Expiration Date: **Perpetual**

Jurisdiction of Formation: **Minnesota**

Business Entity Report Due Date: **02/28/2019**

Original Formation Date: **09/22/1982**

Years Due:

## Principal Information

| Title | Name | Address |
|---|---|---|
| President | Dave Perrill | 7575 Corporate Way, Eden Prairie, MN, 55344, USA |

**Page 1 of 1, records 1 to 1 of 1**

## Registered Agent Information

Type: **Business**

Name: **URS AGENTS, LLC**

Address: **120 E MARKET ST, STE 808, Indianapolis, IN, 46204, USA**

Back           Filing History      Name History        Assumed Name History

Return to Search                                    Certified Copies Request