UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| SERVUS, INC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:18-cv-00063-RLY-MPB |
| | ) | |
| WAND CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## SCHEDULING ORDER

The court **SETS** this matter for a final pretrial conference on **OCTOBER 17, 2019 at 3:00 p.m.** Counsel for parties are ordered to appear before the Honorable Richard L. Young, Judge, in room 301 of the Federal Building, 101 NW M.L. King, Jr., Blvd., Evansville, Indiana 47708. This matter is also set for trial by jury on **OCTOBER 28, 2019** at 9:00 a.m. in room 301. The court has allotted five days for this trial.

**SO ORDERED** this 29th day of June 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record