UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SERVUS, INC. | ) | 3:18-cv-00063-RLY-MPB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WAND CORPORATION | ) | |
| | ) | |
| Defendant. | ) | |

## SERVUS' RULE 26(a)(1) INITIAL DISCLOSURES

Pursuant to FRCP 26(A)(1), Plaintiff Servus, Inc. ("SERVUS") submits the following Initial Disclosures.

### Objections

Privileged Information. SERVUS reserves its right to object to the disclosure of information which is protected by the attorney-client privilege, the joint-defense privilege, the common interest privilege or the attorney work product protection.

Relevance. SERVUS reserves its right to object to the disclosure of information that is not relevant to any party's claims or defenses and proportional to the needs of the case.

### Disclosures

A. The following individuals are likely to have discoverable information that SERVUS may use to support its defenses in this action. Civ. R. 26(a)(1)(A)(i):

1. Jason M. Kelly: Mr. Kelley is the President and CEO of Servus. He has general knowledge of the data breach incident, knowledge of the policies and procedures in place at Servus, and limited dealings with Defendant Wand.

  2. Scott Phillips:  Mr. Phillips is the Manager of Restaurant Technology at Servus.  He has knowledge of the data breach incident, the involvement of Wand allowing the incident to occur, and knowledge of the IT structure and data at Servus.

  3. David Adams:  Mr. Adams was an IT Specialist at Servus with knowledge of the IT systems and dealings with Wand.  He retired and is no longer employed at Servus.

  4. Ann Schulte:  Ms. Schulte was the IT Manager at Servus.  Ms. Schulte has knowledge of the IT systems and data at Servus and dealings with Wand.  She has retired and is no longer at Servus.

The list of individuals likely to have discoverable information that SERVUS may use to support its defenses in this action may be supplemented as a result of further investigation, evaluation, and discovery.

  B. The following is a list by category and location of documents, electronically stored information, and tangible things (collectively, "Documents") within Servus' possession, custody, or control that it may use to support its defenses.

  1. All correspondence with Wand and e-mail correspondence, forensic examination results, electronically stored data, data showing where and when Wand was compromised allowing the data breach incident at Servus.   All information is located at Servus' facility in Jasper, Indiana.

  2. Plaintiff reserves its right to support its defenses by use of documents disclosed by any other party to this cause, or subsequently discovered documents.

      C.      Plaintiff currently has damages in excess of $350,000 and anticipates this will increase over time, and also pending any resolution with the Indiana Attorney General.

      D.      Plaintiff has no insurance regarding this matter.

Respectfully submitted,

*/s/ John F. McCauley*
John F. McCauley
Brian W. Welch
Jessica O. Laurin
Bingham Greenebaum Doll LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204
T: (317) 635-8900
F: (317) 236-9907
bwelch@bgdlegal.com
jlaurin@bgdlegal.com

*Attorneys for SERVUS*

## CERTIFICATE OF SERVICE

I certify that on July 27, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ John F. McCauley*